UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roy Den Hollander,                      | 03 CV 2717 (PKC)
                                        |
                  Plaintiff,            | DEFENDANT DR. PAULSON S
                                        | JOINDER TO OPPOSITION TO
         --against--                    | MOTIONS FOR
                                        | RECONSIDERATION AND
Flash Dancers Topless Club, *et*        | DISQUALIFICATION
*al.*,                                  |
                                        |
                  Defendants.           | Motion date:  October 8,
                                        | 2004
                                        |

_____

Court and all Counsel:

     PLEASE TAKE NOTICE, Defendant Dr. Marc Paulsen by his

attorney Nelson M. Stern, for purposes of this lawsuit,

respectfully joins the opposition to Plaintiff s motions for

reconsideration and disqualification and will move this Court at

a date to be set by the Court for an order:

     1.  Denying Plaintiff s motions.

     2.  And for such further relief as this Court may find just

and proper.


Dated:  New York, NY
        October 19, 2004

                              _____
                              NELSON M. STERN, ESQ. (NMS8646)
                              964 Third Avenue
                              5th Floor
                              New York, NY 10155
                              TEL: 212-223-8330

                              *Attorney for Defendant Dr. Marc
                              Paulsen*

1

TO:
Roy Den Hollander
Attorney at Law
545 East 14th Street
New York, NY  10009

Bradley E. Dubin
McManus, Collura & Richter, P.C.
48 Wall Street
New York, NY  10005

Jack Sachs
111 Jon Street
Suite 1504
New York, NY  10038

Zane and Rudofsky
The Starrett Lehigh Building
601 West 26th Street
Suite 1111
New York, NY  10001

Vikrant Pawar
Assistant Corporate Counsel
Special Federal Litigation Division
100 Church Street
New York, NY  1006

## AFFIRMATION OF SERVICE

I, the undersigned, declare and state:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action.  On October 19, 2004, I served the document listed below on the parties listed below in the manner identified:

Joinder to Opposition

Roy Den Hollander
Attorney at Law
545 East 14th Street
New York, NY  10009

Bradley E. Dubin
McManus, Collura & Richter, P.C.
48 Wall Street
New York, NY  10005

Jack Sachs
111 Jon Street
Suite 1504
New York, NY  10038

Zane and Rudofsky
Carnegie Hall Tower
152 West 57th Street
New York, NY  10019

Vikrant Pawar
Assistant Corporate Counsel
Special Federal Litigation Division
100 Church Street
New York, NY  1006

__X___BY FIRST CLASS MAIL - I deposited each this day in a sealed envelope with suitable postage in a collection box of the United States Postal Service in New York City.

_____BY FACSIMILE:  I caused said documents to be transmitted by Facsimile machine to the number shown after the address listed above.

I declare and, certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed this date at New York, NY.

Executed:  October 19, 2004

```
                          ----------------------------
                          Nelson M. Stern (NMS8646)
```

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.