UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roy Den Hollander,<br><br>                    Plaintiff,<br><br>    --against--<br><br>Flash Dancers Topless Club, *et al.*,<br><br>                    Defendants. | 03 CV 2717 (PKC)<br><br>DEFENDANT DR. PAULSON S JOINDER TO OPPOSITION TO MOTIONS FOR RECONSIDERATION AND DISQUALIFICATION<br><br>Motion date: October 8, 2004 |

Court and all Counsel:

PLEASE TAKE NOTICE, Defendant Dr. Marc Paulsen by his attorney Nelson M. Stern, for purposes of this lawsuit, respectfully joins the opposition to Plaintiff s motions for reconsideration and disqualification and will move this Court at a date to be set by the Court for an order:

1.  Denying Plaintiff s motions.

2.  And for such further relief as this Court may find just and proper.


Dated:  New York, NY
        October 19, 2004

                                    _____
                                    NELSON M. STERN, ESQ. (NMS8646)
                                    964 Third Avenue
                                    5th Floor
                                    New York, NY 10155
                                    TEL: 212-223-8330

                                    *Attorney for Defendant Dr. Marc Paulsen*

1

**TO:**
**Roy Den Hollander**
**Attorney at Law**
**545 East 14th Street**
**New York, NY  10009**

**Bradley E. Dubin**
**McManus, Collura & Richter, P.C.**
**48 Wall Street**
**New York, NY  10005**

**Jack Sachs**
**111 Jon Street**
**Suite 1504**
**New York, NY  10038**

**Zane and Rudofsky**
**The Starrett Lehigh Building**
**601 West 26th Street**
**Suite 1111**
**New York, NY  10001**

**Vikrant Pawar**
**Assistant Corporate Counsel**
**Special Federal Litigation Division**
**100 Church Street**
**New York, NY  1006**

## AFFIRMATION OF SERVICE

I, the undersigned, declare and state:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action.  On October 19, 2004, I served the document listed below on the parties listed below in the manner identified:

Joinder to Opposition

Roy Den Hollander  
Attorney at Law  
545 East 14th Street  
New York, NY  10009

Bradley E. Dubin  
McManus, Collura & Richter, P.C.  
48 Wall Street  
New York, NY  10005

Jack Sachs  
111 Jon Street  
Suite 1504  
New York, NY  10038

Zane and Rudofsky  
Carnegie Hall Tower  
152 West 57th Street  
New York, NY  10019

Vikrant Pawar  
Assistant Corporate Counsel  
Special Federal Litigation Division  
100 Church Street  
New York, NY  1006

__X___BY FIRST CLASS MAIL - I deposited each this day in a sealed envelope with suitable postage in a collection box of the United States Postal Service in New York City.

_____BY FACSIMILE:  I caused said documents to be transmitted by Facsimile machine to the number shown after the address listed above.

I declare and, certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this declaration was executed this date at New York, NY.

Executed:  October 19, 2004

```
                              ----------------------------
                              Nelson M. Stern (NMS8646)
```

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.